IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02600-BNB

LEN DESMOND,

    Plaintiff,

v.

PUBLIC SERVICE CREDIT UNION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 8 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff Len Desmond currently resides in Denver, Colorado. Mr. Desmond, a *pro se* litigant, initiated this action by filing a Civil Complaint form and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. In an order entered on November 21, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Desmond to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Desmond to submit a Civil Complaint form in which he lists the addresses for all named Defendants and in which he provides all the information requested on the form. Plaintiff also was instructed to complete the employment section on Page Two of the Motion and Affidavit. Mr. Desmond was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 8 day of Jan, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02600-BNB

Len Desmond
1255 19th Street #1102
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/8/09

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                            Deputy Clerk